# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00562-CR

**Robert Allen Hall, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 32247, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert Allen Hall appeals from his conviction on two counts of aggravated assault on a peace officer. *See* Tex. Penal Code Ann. § 22.01 (West Supp. 2007). After a bench trial, the trial court found appellant guilty of both counts and, after a sentencing hearing, sentenced appellant to forty years' imprisonment on the first count and ten years' imprisonment on the second count with the sentences to run concurrently. The court of criminal appeals determined that appellant was denied the right to a timely appeal and he was therefore granted an out-of-time appeal. He was represented by counsel at trial and by different counsel on appeal.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*,

573 S.W.2d 807, 812 (Tex. Crim. App. 1987); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974). Counsel sent appellant a copy of the brief and advised appellant by letter she believes there are no arguable grounds on appeal. Counsel also advised appellant that he has a right to review the record and appellant was sent the reporter's record in the case. Appellant was advised of his right to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and find the evidence sufficient to support the conviction. We agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Affirmed

Filed:   March 10, 2008

Do Not Publish

2